| **Fill in this information to identify your case:** | |
|---|---|
| United States Bankruptcy Court for the: <br> NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ☑ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **FT Care, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Frankfort Terrace Nursing Center** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2841369** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **40 North Smith St.** <br> **Frankfort, Illinois 60423** <br> Number, Street, City, State & ZIP Code <br><br> **Will** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **c/o  TM Healthcare Management** <br> **15443 Summit Ave.** <br> **Oakbrook Terrace, IL 60181** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership <br> ☐ Other. Specify: _____ | |

7. **Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor **SEE ATTACHED**    Relationship to you _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** **Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ | Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ | A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

**FT Care, LLC, a Delaware limited liability company**

**By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member**

    **By: JLM Financial Investments 13, LLC,**
       **a Texas limited liability company,**
       **its general partner**

    **By:** _____
       **Patrick Laffey, Manager and**
       **Designated Representative**

**18. Signature of attorney**     X _____     Date _____
Signature of attorney for debtor                                              MM / DD / YYYY

**DAVID K. WELCH**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777**     Email address

**06183621**
Bar number and State

**Burke Warren MacKay & Serritella P.C.**
Firm name

**330North Wabash Avenue**
**Suite 2100**
**Chicago, Illinois 60611**
Number, Street, City, State & ZIP Code

Contact phone   **312-840-7000**     Email address

### Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

FT Care, LLC, a Delaware limited liability company

By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member

By: JLM Financial Investments 13, LLC, a Texas limited liability company, its general partner

By: _____
Patrick Laffey, Manager and Designated Representative

**18. Signature of attorney**

X _____   Date 10/30/17
Signature of attorney for debtor           MM / DD / YYYY

DAVID K. WELCH
Printed name

Crane, Heyman, Simon, Welch & Clar
Firm name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
Number, Street, City, State & ZIP Code

Contact phone  312-641-6777   Email address _____

06183621
Bar number and State

Burke Warren MacKay & Serritella P.C.
Firm name

330 North Wabash Avenue
Suite 2100
Chicago, Illinois 60611
Number, Street, City, State & ZIP Code

Contact phone  312-840-7000   Email address _____

## RELATED BANKRUPTCY CASES FILED

| **Debtor** | **Relationship** | **District** | **Date Filed** | **Case No.** |
|---|---|---|---|---|
| BT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| CC Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| CT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| JT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| KT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| SV Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| TN Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| WCT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| JLM Financial Healthcare, LP | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |

Fill in this information to identify the case:

Debtor name: **FT Care, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allstate - American Heritage Insurance PO BOX 650514 Dallas, TX 75265-0514 | | | | | | $13,032.66 |
| Cloverleaf Farms Distributors Inc. 13835 S. Kostner Crestwood, IL 60445 | | | | | | $15,381.10 |
| Constellation - Electric PO BOX 4640 Carol Stream, IL 60197-4640 | | | | | | $11,754.34 |
| Constellation - Gas Bank of America Lockbox Services 15246 Collections Center Dr. Chicago, IL 60693-0152 | | | | | | $10,350.74 |
| Dr. Shah Dr. Yatin Shah 2025 S. Chicago Joliet, IL 60436 | | | | | | $5,000.00 |
| e-Health Data Solutions PO BOX 385 Aurora, OH 44202-0385 | | | | | | $5,250.00 |
| Ecolab PO BOX 70343 Chicago, IL 60673-0343 | | | | | | $19,537.96 |
| Edward Don & Co. 9801 Adam Don Parkway Woodridge, IL 60517 | | | | | | $23,883.43 |

Debtor **FT Care, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **FERN Office Supplies**<br>PO BOX 100895<br>Atlanta, GA 30384-4174 | | | | | | $4,867.22 |
| **Fitzsimmons Hospital Services**<br>PO Box 497<br>Oak Forest, IL 60452 | | | | | | $4,762.00 |
| **Illinois Council on Long Term Care**<br>203 N. LaSalle St. Suite 2100<br>Chicago, IL 60601 | | | | | | $68,526.00 |
| **Lifecore Rehab and Counseling Services**<br>8051 W. 186th Street STE.A<br>Tinley Park, IL 60487 | | | | | | $7,163.10 |
| **Medline Industries Inc.**<br>Dept. CH 14400<br>Palatine, IL 60055-4400 | | | | | | $17,910.97 |
| **Performance Food Group-TPC**<br>8001 TPC. Road<br>Rock Island, IL 61204-7210 | | | | | | $45,858.80 |
| **Pharmore Drugs LLC**<br>3412 W. Touhy<br>Skokie, IL 60076 | | | | | | $11,573.12 |
| **Physician Care Services S.C.**<br>8051 186th Street<br>Tinley Park, IL 60487 | | | | | | $27,267.30 |
| **PointClickCare**<br>P.O.Box 674802<br>Detroit, MI 48267 | | | | | | $17,215.26 |
| **Simplex Grinnell Tyco**<br>Dept. CH 10320<br>Palatine, IL 60055-0320 | | | | | | $4,629.72 |
| **Stratford Search Group**<br>PO Box 4395<br>Olympia, WA 98501 | | | | | | $7,700.00 |

| Debtor | **FT Care, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Village of Frankfort**<br>**432 W. Nebraska Street**<br>**Frankfort, IL 60423** | | | | | | $27,233.17 |

A+ Exhaust Hood & Duct Cleaning Inc.
PO BOX 656
Westmont, IL 60559

ACI
2450 Delta Lane
Elk Grove Village, IL 60007

Aetna
333 West Wacker Drive
Chicago, IL 60606

Allstate - American Heritage Insurance
PO BOX 650514
Dallas, TX 75265-0514

Alpha Baking Co.
36230 Treasury Center
Chicago, IL 60694

Alternative Energy Solutions
PO BOX 129
Schererville, IN 46375-0129

Arnie Yusim Leasing Inc.
650 Dundee Road
Suite 158
Northbrook, IL 60062

AT&T
PO BOX 5080
Carol Stream, IL 60197-5080

Bernat Landscaping
11105 W 189th Place
Mokena, IL 60448

Blue Cross Blue Shield
300 East Randolph Street
Chicago, IL 60601-5099

Briggs Healthcare
4900 University Avenue
Suite 200
West Des Moines, IA 50266

Charles E. Butzow Architect
301 Spring Circle
Urbana, IL 61802

Chemsearch Division
PO Box 152170
Irving 75015-2170

Cigna Healthspring
9701 W. Higgins Road
Suite 360
Des Plaines, IL 60018

Cloverleaf Farms Distributors Inc.
13835 S. Kostner
Crestwood, IL 60445

Comcast Cable
PO BOX 3001
Southeastern, PA 19398-3001

Community Care Alliance
322 S. Green Street, Suite 400
Chicago, IL 60607

Constellation - Electric
PO BOX 4640
Carol Stream, IL 60197-4640

Constellation - Gas
Bank of America Lockbox Services
15246 Collections Center Dr.
Chicago, IL 60693-0152

Cook County Care
322 S. Green Street, Suite 400
Chicago, IL 60607

CPI
10850 W. Park Place
Suite 600
Milwaukee, WI 53224

Crest Healthcare Supply
P.O. Box 727
Dassel, MN 55325-0727

CSI Group International
PO Box 311
West Berlin, NJ 08091

Daniel McNamara
c/o O'Donnell Haddad LLC
14044 Petronella Drive, #1
Libertyville, IL 60048

Diane J. Calderone
1987 S. University Park Dr.
Westville, IN 46391

Dr. Shah
Dr. Yatin Shah
2025 S. Chicago
Joliet, IL 60436

Dr. Win
Riverside Health System
500 N Wall Street
Suite 200
Kankakee, IL 00060-6901

e-Health Data Solutions
PO BOX 385
Aurora, OH 44202-0385

Ecolab
PO BOX 70343
Chicago, IL 60673-0343

Edward Don & Co.
9801 Adam Don Parkway
Woodridge, IL 60517

EKS Management
6865 N Lincoln
Lincolnwood, IL 60712

Green Arbor Landscape
25 Old Center Road
Frankfort, IL 60423

Johnstone Supply
4606 W. 138th
Crestwood, IL 60445

Family Health Network
322 South Green St. Suite 400
Chicago, IL 60607

Haiges Machinery Inc
11314 E Main Street
Huntley, IL 60142

LEAF
PO BOX 644006
Cincinnati, OH 45264-4006

FERN Office Supplies
PO BOX 100895
Atlanta, GA 30384-4174

Harmony Health Plan
29 North Wacker Drive
Suite 300
Chicago, IL 60606-3203

Lifecore Rehab and Counseling Ser
8051 W. 186th Street
STE.A
Tinley Park, IL 60487

FIRM Systems
206 South Sixth Street
Springfield, IL 62701

Healthcare and Family Services
HFS/Bureau of Fiscal Operations
PO BOX 19491
Springfield, IL 62794-9491

LifeScan
5255 Golf Rd.
Skokie, IL 60077-1106

First Advantage Tax Consulting Services
P.O.Box 404537
Atlanta, GA 30384-4537

Home Air of Joliet
1500 Essington Rd.
Suite 3
Joliet, IL 60435

Local 743 Severance & RetirementP
PO BOX 94403
Chicago, IL 60690

First Security Systems Inc
1811 High Grove Lane Suite 191
Naperville, IL 60540

HRdirect
PO BOX 452019
Sunrise, FL 33345-2019

M & L Co.
313 W. Woodlawn Rd.
New Lenox, IL 60451

Fitzsimmons Home Medical Equipment
800 W. 186th Street
Tinley Park, IL 60487

Humana
500 W. Main St.
Louisville, KY 40202

Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

Fitzsimmons Hospital Services
PO Box 497
Oak Forest, IL 60452

IlliniCare Health Plan
999 Oakmont Plaza Drive
4th Floor
Westmont, IL 60559

MAXXSOURCE
6301 W. Lincoln Ave.
West Allis, WI 53219

Frankfort Chamber of Commerce
123 Kansas St.
Frankfort, IL 60423

Illinois Council on Long Term Care
203 N. LaSalle St.
Suite 2100
Chicago, IL 60601

MedAssure of Indiana
920 E COUNTY LINE RD.
STE 102
Lakewood, NJ 08701

Frankfort Fire Protection District
c/o Fire Recovery USA LLC
P.O. Box 548
Roseville, CA 95678-0548

Independent Living Systems
5200 Blue Lagoon Drive
Suite 500
Miami, FL 33126

Medicaid
201 South Grand Avenue East
3rd FL
Springfield, IL 62763

Medline Industries Inc.
Dept. CH 14400
Palatine, IL 60055-4400

Performance Food Group-TPG
8001 TPG Road
Rock Island, IL 61204-7210

Purchase Power
PO BOX 371874
Pittsburgh, PA 15250-7874

Meridian
222 N. LaSalle St., Suite 930
Chicago, IL 60601

Personnel Planners Inc.
913 W. Van Buren
N-3A
Chicago, IL 60607

Red Dot Storage
PO Box 600
Boulder, CO 80306

Meyer Magence
4711 Golf Road
Suite 200
Skokie, IL 60076

Pharmore Drugs LLC
3412 W. Touhy
Skokie, IL 60076

Rehab Care Group
680 South Fourth St.
Louisville, KY 40202

MidCap Funding IV, LLC
7255 Woodmont Ave.
Suite 250
Bethesda, MD 20814

Physician Care Services S.C.
8051 186th Street
Tinley Park, IL 60487

Relias & Tsonas LLC
150 S WACKER DR
SUITE 1600
Chicago, IL 60606

Molina
1520 Kensignton Road
Suite 212
Oak Brook, IL 60523

Physicians Immediate Care - Chicago
PO Box 8799
Carol Stream, IL 60197

Shark Shredding Inc
18811 S. 90th Ave
Suite I
Mokena, IL 60436

N B L Textiles Inc.
8830 Lowell Terrace
Skokie, IL 60076

Pitney Bowes Global Financial Services
PO BOX 371887
Pittsburgh, PA 15250-7887

Sharp Business Systems
Formerly Illinois Business Systems
Dept CH 14404
Palatine, IL 60055

Next Level
3019 W. Harrison St.
Chicago, IL 60612

PointClickCare
P.O.Box 674802
Detroit, MI 48267

Simplex Grinnell Tyco
Dept. CH 10320
Palatine, IL 60055-0320

Nicor Gas
Bill Payment Center
PO BOX 5407
Carol Stream, IL 60197

PointClickCare
5570 Explorer Drive
Mississauga, ON

Socialwork Consulting Group
1104 Hunter Rd
Glenview, IL 60025

Nutrition Care Systems
8770 W. Bryn Mawr Ave
Suite 1300
Chicago, IL 60631-3515

Professional Insurance Company
List Bill
PO BOX 406263
Atlanta, GA 30384-6263

Special Care
7444 Wilson Ave
Harwood Heights, IL 60706

NuWay Disposal Service Inc.
P.O. BOX 9
Mokena, IL 60448

Prospect Resources Inc
8170 N McCormick Blvd
Suite #107
Skokie, IL 60076

Speedway - Super Fleet
PO BOX 70995
Charlotte, OH 28272-0995

Stanley Healthcare Solutions
Dept CH 10504
Palatine, IL 60055

[State of Illinois]
200 South Sixth Street
Springfield, IL 62701

Stratford Search Group
PO Box 4395
Olympia, WA 98501

Village of Frankfort
432 W. Nebraska Street
Frankfort, IL 60423

Sun Times Media
8247 Solutions Center
Chicago, IL 60677-8002

Washtown Equipment Co. Inc.
4036 W. Montrose Ave.
Chicago, IL 60641

Teamsters Local 743
4620 S. Tripp Avenue
Chicago, IL 60632

Teamsters-Local 743
PO BOX 94403
Chicago, IL 60690

TM Healthcare Management LLC
1S443 Summit Ave.
Suite 204 A&B
Oakbrook Terrace, IL 60181

Tyco Integrated Security LLC.
PO BOX 371967
Pittsburgh, PA 15250-7967

Tyco Integrated Security, LLC.
PO BOX 371967
Pittsburgh, PA 15250-7967

UnitedHealthcare Insurance Company
Dept. CH 10151
Palatine, IL 60055-0151

US Dept of H.U.D. Region V
Attn: David Cole, Sr. Acct. Exec.
77 W. Jackson Blvd., Room 2617
Chicago, IL 60604-3507

## United States Bankruptcy Court
### Northern District of Illinois

In re  **FT Care. LLC**                                                                 Case No.
                                        Debtor(s)                                       Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **FT Care, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**JLM Financial Healthcare, LP a Texas limited partnership, its sole member**

☐ None *[Check if applicable]*

_10/30/17_
Date

_/s/ David K. Welch_
**DAVID K. WELCH**
Signature of Attorney or Litigant
Counsel for    **FT Care, LLC**
Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114